| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 14, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO ANTONIO SANCHEZ GARCIA,

    Defendant.

Case No.   2:22-mj-00100-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARCO ANTONIO SANCHEZ GARCIA , Case No.  2:22-mj-00100-DB  Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $  50,000

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other):

Issued at Sacramento, California on July 14, 2022, at 3:00 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire